UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------x
ANDRE MOORE,

               Plaintiff,

-against-

MICHAEL DESPOSITO, OFFICER MOOD,
and CESAR A. PERALES,

               Defendants.
--------------------------------------------------------x

NOT FOR PUBLICATION
**ORDER**
15-CV-4319 (CBA) (LB)

**AMON, United States District Judge:**

The Court has received the Report and Recommendation ("R&R") of the Honorable Lis Bloom, United States Magistrate Judge ("Magistrate Judge Bloom"), for the instant action filed by pro se Plaintiff Andre Moore. No parties has objected to the R&R, and the time for doing so has passed. When deciding whether to adopt an R&R, the Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). To accept those portions of the R&R "to which no timely objection has been made, a district court need only satisfy itself that there is no clear error on the face of the record." Jarvis v. N. Am. Globex Fund, L.P., 823 F. Supp. 2d 161, 163 (E.D.N.Y. 2011) (quoting Wilds v. United Parcel Serv., 262 F. Supp. 2d 163, 169 (S.D.N.Y. 2003)). Upon careful review of the record, the Court finds no clear error and ADOPTS Magistrate Judge Bloom's R&R in full. The Court dismisses Plaintiff's claims, and the Clerk of Court is directed to close this case.

SO ORDERED.

Dated: October 27, 2017
       Brooklyn, New York

                                     s/Carol Bagley Amon
                                   Carol Bagley Amon
                                   United States District Judge

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 30 2017 ★
BROOKLYN OFFICE